In the Matter of ANNE COOPER, Respondent. LEO T. McCAULEY, as Consul-General of Ireland and as Ancillary Executor of MARY A. CONNOLLY, Deceased, Appellant.—

The lien involved here is a charging lien, and not a retaining lien (Judiciary Law, § 475; Cons. Laws, ch. 30; *Matter of Heinsheimer,* 214 N. Y. 361, 364, 365; *Matter of Sebring,* 238 App. Div. 281, 286), and it is asserted against the deposited fund and not against the bank book of which petitioner has possession. This proceeding was properly instituted under the above section of the Judiciary Law. (*Matter of Eno,* 111 Misc. 69, 73; *Entenberg* v. *Goodman,* 153 Misc. 205.) Any question as to the court's jurisdiction over appellant is waived on this appeal, and it is immaterial whether his appearance in Special Term was special or general. If the question were open, it would be held that the appearance was general. Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ., concur.

In the Matter of the Application of ESTELLE KUEFNER, Appellant, Relative to the Custody of Joan Kuefner et al., Infants. JOSEPH D. KUEFNER, Respondent.

Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ., concur.